November 1, 2021

Dear: Gina M. Colletti,

I, Manuel Herrera Hernandez #700562, I'm placed in Restrictive Housing Unit, and I'm not allow to have a ink pen and the right paper to write this letter, my apologies for that. In this institution the mail is always late, plus I didn't know how to pay the filing fee for my case no. 21-CV-1057.

I sent a disbursement slip to the business Officers of the facility to pay the $1.40 for the filing fee.

I would like to know if the Court House received my payment. And I also would like to know if my case got dismissed or still open. If it got dismissed how can I make a motion to re-open my case.

Thank you for your help and time.

Manuel R. Herrera Hernandez #700562
Waupun Corr. Inst.
P.O. Box 351
Waupun, WI, 53963

Respectfully Submitted

Manuel R. Herrera Hernandez

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-2643 (Rev. 8/2012)

**WISCONSIN**
Wisconsin Statutes
§ 814.29(lm)
Administrative Code
Chapter DOC 309
Federal Regulation
28 USC 1915 (b)

# NOTICE OF DEDUCTION OF INMATE ACCOUNT FOR FILING FEES

**NOTICE: DEDUCTIONS WILL BEGIN IMMEDIATELY**

| INMATE NAME | DOC NUMBER | FACILITY NAME | LIVING UNIT | DATE |
|---|---|---|---|---|
| Herrera-Hernandez Armando | 700562 | WCI | RHU-B208 | 11/1/21 |

FILING FEE FOR CASE NUMBER
Case No. 21-CV-1057

BE ADVISED that the Business Office has received a directive **(attached)** from the Court to apply your inmate funds toward the federal filing fee in the above referenced case in this manner and in the following order as needed:

1st  ☒ REG - Regular Account
2nd ☒ WR - Work Release Account
3rd  ☒ REL - Release Account

**DISTRIBUTION:** Original – Facility Business Office File; Copy – Inmate