# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Milwaukee Division**

517 E. Wisconsin Ave, Room 362
Milwaukee, WI 531202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

November 8, 2021

Manuel Antonio Herrera Hernandez #700562
Waupun Correctional Institution
PO Box 351
Waupun, WI 53963-0351

    Re:    **Herrera Hernandez v. Doe et al**
              **Case No.  21-CV-1057**

Dear Mr. Herrera Hernandez:

      The clerk's office is in receipt of your letter dated November 1, 2021. Your case was dismissed for failure to pay the initial partial filing fee on October 26, 2021. Per the court's order, a copy of which is enclosed, you may either refile your case or you may file a motion to reopen the case by **November 16, 2021**. If you choose to file a motion to reopen your case, you must **pay the initial partial filing fee or explain why you are unable to do so.** Your motion must also explain why the court should excuse your failure to timely pay the initial partial filing fee.

                              Very truly yours,

                              GINA M. COLLETTI
                              Clerk of Court

                              s/ T. Byal
                              Deputy Clerk