UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MANUEL ANTONIO HERRERA HERNANDEZ,

    Plaintiffs,

                                                                   Case No. 21-CV-01057

v.

SHERIFF DALE J. SCHMIDT, ET AL.,

    Defendants.

_____

## NOTICE OF APPEARANCE
_____

    PLEASE TAKE NOTICE that Brian E. Pawlak appears for the named defendant United States of America, in the above-entitled action. Please direct all ECF notices to Attorney Brian E. Pawlak at Brian.Pawlak@usdoj.gov.

    Dated at Milwaukee, Wisconsin this 7th day of February 2022.

                                              RICHARD G. FROHLING
                                              United States Attorney

                              By:    /s/ Brian E. Pawlak
                                          BRIAN E. PAWLAK
                                          Assistant United States Attorney
                                          Brian E. Pawlak Bar Number: 1009916
                                          Attorney for Defendant
                                          Office of the United States Attorney
                                          Eastern District of Wisconsin
                                          517 East Wisconsin Avenue, Room 530
                                          Milwaukee, Wisconsin   53202
                                          Telephone: (414) 297-1700
                                          Fax: (414) 297-4394
                                          E-Mail:   Brian.Pawlak@usdoj.gov