

April 15, 2022

CLERK OF COURTS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

CLERK USDC EDWI
FILED
2022 APR 18 P 4: 18

RE: Case No. 21-CV-1057

To Clerk of Courts:

I am writing this letter in regards to the Judges' last order. He had order that Sheriff Schmidt be named temporarily the defendant until I learn the Jane and John Doe names. Until such time Sheriff Schmidt was supposed to find an attorney to represent him and file an appearance. That would then allow me a 60 day deadline timeline to find these defendants. It has been over 4 months and that has yet to happen. Unless they have filed that motion and I was not notified. I am requesting an update to case so that I may know which steps to take next.

Thank you for your time and consideration!

This letter was constructed by Inmate Chong Lee due to the Plaintiff Hernandez having trouble with understanding english.

Dated this 15 day of April, 2022.

Signed By: _____
MANUEL ANTONIO HERRERA HERNANDEZ #700562
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963