UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MANUEL ANTONIO HERRERA HERNANDEZ,
    Plaintiff,

V.                                                           Case No. 21-CV-1057

SHERIFF DALE J. SCHMIDT, ET AL.,
    Defendant(s).

---

## MOTION IDENTIFYING JOHN/JANE DOES AND AMEND DEFENDANTS

---

This Court made an order for Manuel Hernandez, the plaintiff, pro se, to identify the John and Jane Does in this case or make an attempt to. The plaintiff has done that and followed the Judge's order and met the deadline at which this Court set on June 20, 2022.

The defendant in this case failed to make a reply by June 20, 2022 and instead, they made their reply on July 1, 2022 and the plaintiff received the reponse to his request on July 3, 2022 through first class mail. Plaintiff was on a Writ for a different court case back to the county jail and did not receive the response until he returned from his court hearing.

This motion now follows and the Petitioner now requests the following:

1. After reviewing the response the Plaintiff was able to identify David Churchill as one of the officers who plaintiff had made a complaint to about his pains and this officer chose to ignore or failed to get immediate help.
2. The plaintiff has identified Tammy Clark Jorgensen as the nurse who told the plaintiff he was fine, nothing was wrong with him, and that he was faking it.
3. Plaintiff was able to identify Debra Knisbeck as one of the nurse who took blood from him and told him he was fine.

These are the three the Plaintiff has identified and if this survives the screening process and onto discovery. The plaintiff would like to ask this Court to have the option to amend defendants later on. Due to this institution destroying or losing most of my paperwork on almost all of my cases and other paper materials. I am without

much resource that would help me remember the events.

The Plaintiff would also ask this Court to keep the Sheriff on as a defendant due to him trying to impede on a deadline set by this Court. The Plaintiff states that he sent the request for the identification of these names on May 18, 2022 as noted on the defendant's response, but yet they chose to prolong it past the date this Court set for the Plaintiff to make his reply. That is not done in good faith, but rather in bad faith. Good faith was shown on the Plaintiff's behalf when he gave the defendant over a month to make inquiries into those names. (See Ex- A).

The Plaintiff states that the foregoing is true and correct under the penalty of perjury.

## CONCLUSION

For all the reasons stated above this Court should grant to Amend the Defendants and keep the sheriff on as a defendant. Also allow the Plaintiff an option to Amend and add on defendants in future process after discovery.

Dated this 20th day of July, 2022.

SIGNED BY:

_____

MANUEL ANTONIO HERRERA HERNANDEZ #700562
WAUPUN CORRECTIONAL INSTITUTION
P.O. BOX 351
Waupun, WI 53963

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MANUEL ANTONIO HERRERA HERNANDEZ,

    Plaintiffs,

v.

Case No. 21-CV-01057

SHERIFF DALE J. SCHMIDT, ET AL.,

    Defendants.

## RESPONSE TO REQUEST FOR THE JOHN/JANE DOE DEFENDANT NAMES

Upon receipt of the Plaintiff's request dated May 18, 2022, received by the Dodge County Sheriff on or about June 1, 2022, a good faith effort was made to determine the names of staff who may have interacted with the Plaintiff during the time he was incarcerated in the Dodge County Detention Center in Juneau, WI.

I, Scott Smith, Administrator, Dodge County Detention Facility was assigned by the Dodge County Sheriff to review the Plaintiff's request and search the facility's records to locate names of individuals in response to Plaintiff's request.

The following is a list of <u>county employees</u> who may have interacted with the Plaintiff while working in the Dodge County Detention Center. This list is true and correct to the best of my knowledge and based on my personal knowledge:

Harkins, Brian
Schuett, Joshua (no longer employed by Dodge County)
Churchill, David
Owens, David (no longer employed by Dodge County)
McCormack, Jedd (no longer employed by Dodge County)

Ex-A

The following list was supplied by Wellpath, LLC, the contracted jail medical service, providing services in the Dodge County Detention Center. This list is comprised of <u>contracted</u> personnel, not county employees:

Bassuener, Haley
Clark Jorgensen, Tammy
Connon, Lindsay
Csiacsek, Dawn
Hetherington, Jacquelyn
Holst, Jordan
Jatczak, Shelly
Jones, Martha
Knisbeck, Debra
Lueck, Kelly
Macwilliams, Matthew
Manthey, Tasha
Nehls, Virginia
Pullam, Jessica
VanPrice, Tamra
Veyna, Beverly

Dated at Juneau, Wisconsin this 1st day of July, 2022.

Scott Smith, Jail Administrator
Dodge County Detention Center

Address:
216 West Center Street
Juneau, WI 53039
Phone: 920-386-3734
Fax: 920-386-3733